IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER MCCOMB,

Plaintiff,

-vs-

PARTNERS FEDERAL CREDIT UNION,

CASE NO.: 6:13-CV-1462-ORL-31 TBS

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4th, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to: Matthew G. Krause, Esq., Luks, Santaniello, Petrillo & Jones, 110 S.E. 6th Street, 20th Floor, Fort Lauderdale, FL 33301..

_____
Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0133534
Attorney for Plaintiff